COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the Interest of Z. T., a minor child

Appellate case number:    01-13-00407-CV

Trial court case number:  2012-32356

Trial court:              312th District Court of Harris County

The appellant has filed an "Unopposed Motion for Extension of Time." Appellant requests that the deadline to file her brief be extended 20 days from the later of (1) the filing of the reporter's record of the hearing on the motion for new trial, or (2) the filing of a clerk's record containing findings of fact and conclusions of law, which have not yet been entered by the trial court.

Because this is a termination case, the Court is required to bring this appeal to final disposition within 180 days of the date the notice of appeal was filed so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. F app. (West Supp. 2012).

Accordingly, the court reporter is ORDERED to file the record of the June 12, 2013 hearing on the motion for new trial **within 5 days of the date of this order**. No extensions will be granted. *See* TEX. R. APP. P. 35.3(c).

Texas Rule of Civil Procedure 296 provides that requests for findings of fact and conclusions of law "shall be filed within twenty days after *judgment* is signed . . . ." *See* TEX. R. CIV. P. 296 (emphasis added). And, although a trial judge may enter findings of fact after an evidentiary hearing on a motion for new trial, the trial court is not required to enter findings. *See Puri v. Mansukhani,* 973 S.W.2d 701, 707 (Tex. App.—Houston [14th Dist.] 1998, no pet.). Appellant indicates that she filed a request for findings of fact and conclusions of law with the trial court on June 21, 2013, 57 days after the judgment was signed on April 25, 2013, and nine days after the hearing on the motion for new trial. Accordingly, the trial court is not required to enter findings. *See* TEX. R. CIV. P. 296, 297; *Puri*, 973 S.W.2d at 707.

Accordingly, appellant is ORDERED to file her brief **20 days after the date that the reporter's record of the hearing on the motion for new trial is filed in this Court**. Appellant's attorney is instructed to begin work on the brief upon receipt of this order, because no extensions of time to file the brief will be granted. *See* TEX. R. APP. P. 38.6(d).

If the trial court does enter findings, *see* TEX. R. CIV. P. 297, we will not refuse to file a supplemental clerk's record containing the findings. *See* TEX. R. APP. P. 34.5(b)(4). However, the request for a supplemental record does not extend the time for the filing of appellant's brief. The appellant is responsible for requesting a supplemental record from the district clerk containing the findings, if any such findings are entered. If the district clerk receives such a request from the appellant, the district clerk is directed to file the supplemental record within 5 days of the date of the request.

It is so ORDERED.


Judge's signature: /s/ Evelyn V. Keyes

☑ Acting individually    □ Acting for the Court


Date: July 19, 2013